1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11   MARY LOEZA and ANGIE REVELES,      )   Civil No. 13-cv-95-L(BGS)
     *et al.*, an individual, on behalf of   )
12   themselves and all others similarly  )   **ORDER GRANTING JOINT**
     situated,                           )   **MOTION TO CONTINUE [DOC. 65]**
13                                        )
                    Plaintiffs,           )
14                                        )
     v.                                   )
15                                        )
                                          )
16   JP MORGAN CHASE BANK NA,             )
                                          )
17                 Defendant.
                   _____

18

19        Good cause appearing, the Court **GRANTS** the joint motion and **CONTINUES** the

20   Plaintiffs' deadline to file their motion for preliminary approval until **April 1, 2015**.

21        **IT IS SO ORDERED.**

22   DATED:  March 30, 2015

23                                        _____
                                          M. James Lorenz
24                                        United States District Court Judge

25

26

27

28

                                                                          13cv95