Richard E. Quintilone II (SBN 200995)
*req@quintlaw.com*
**QUINTILONE & ASSOCIATES**
22974 El Toro Road, Suite 100
Lake Forest, California 92630-4961
Tel.: (949) 458-9675
Fax: (949) 458-9679

David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Peggy J. Reali (SBN 153102)
*preali@markham-law.com*
Janine R. Menhennet (SBN 163501)
*jmenhennet@markham-law.com*
Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, California 92101
Tel.: (619) 399-3995
Fax: (619) 615-2067

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOEZA and ANGIE REVELES, individuals, on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK NA, an unknown business entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 13-cv-00095-L-BGS<br><br><u>CLASS ACTION</u><br><br>Hon. James M. Lorenz<br>Action Filed: December 11, 2012<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:         May 11, 2015<br>Time:        No Oral Argument<br>Courtroom    5B<br><br>Trial Date: None Set |

*Loeza et al. v. JP Morgan Chase Bank,* Case No. 13-cv-95-L-BGS
Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 11, 2015, in Courtroom 5B, Plaintiffs will respectfully move for the Court order granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

This motion is based on this notice, the accompanying memorandum of points and authorities, the declarations of David R. Markham and Richard E. Quintilone, on all other pleadings and papers on file in the above-captioned action, and on such oral and documentary evidence and argument as may be presented at the time of hearing.

Dated: April 1, 2015

Respectfully submitted,   THE MARKHAM LAW FIRM

s/ David R. Markham
Attorney for Plaintiffs
E-mail: dmarkham@markham-law.com

1

*Loeza et al. v. JP Morgan Chase Bank,* Case No. 13-cv-95-L-BGS
Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement