RICHARD E. QUINTILONE II (SBN 200995)
**QUINTILONE & ASSOCIATES**
22974 EL TORO ROAD, SUITE 100
LAKE FOREST, CA 92630-4961
TELEPHONE NO. (949) 458-9675
FACSIMILE NO. (949) 458-9679
EMAIL: REQ@QUINTLAW.COM

DAVID R. MARKHAM, ESQ. (SBN 071814)
DMARKHAM@MARKHAM-LAW.COM
PEGGY J. REALI (SBN 153102)
PREALI@MARKHAM-LAW.COM
JANINE R. MENHENNET (SBN 163501)
JMENHENNET@MARKHAM-LAW.COM
MAGGIE REALIN (SBN 263639)
MREALIN@MARKHAM-LAW.COM
**THE MARKHAM LAW FIRM**
750 B STREET, SUITE 1920
SAN DIEGO, CA 92101
TELEPHONE NO. (619) 399-3995
FACSIMILE NO. (619) 615-2067

Attorneys for PLAINTIFF MARY LOEZA and ANGIE REVELES, individually, and on behalf of all employees similarly situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOEZA and ANGIE REVELES, an individual, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK NA, an unknown business entity, and DOES 1 through 100, Inclusive,<br><br>Defendants. | **Case No.: 13-cv-00095-L-BGS**<br><br>**CLASS ACTION**<br><br>Hon. James M. Lorenz<br>Courtroom B, Fifth Floor<br><br>**DECLARATION OF RICHARD E. QUINTILONE, II, ESQ IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  May 11, 2015<br>Courtroom: 5B<br><br>Complaint filed: December 11, 2012<br>Removal: January 14, 2013<br>Trial Date: None Set |

# DECLARATION OF RICHARD E. QUINTILONE, II

I, Richard E. Quintilone, II, hereby declare as follows:

1. I am an attorney duly licensed to practice law in all courts in the State of California and am principal and founder of Quintilone & Associates, counsel for Plaintiffs and Class Representatives Mary Loeza and Angie Reveles.

2. I am one of the attorneys most familiar with the contents of the file in this matter, and if called upon as a witness, I would and could competently testify thereto.

3. I submit this Declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. I join in the description provided by co-counsel Mr. Markham in his concurrently filed Declaration explaining the background and events of this action, the contributions of Plaintiffs and Class Counsel to it, the discovery and actions completed by the parties, and Class Counsel's calculation of maximum potential liability and damages available in this action and allocation of the Settlement funds to the claims, and I provide this Declaration in further supplementation thereof.

4. I graduated from Old Dominion University in 1995 and received my law degree from the Chapman University School of Law in 1998. I was admitted to the California bar in 1999. Prior to forming Quintilone and Associates, I worked with the national labor and employment defense firm of Fisher & Phillips and with some of southern California's preeminent trial lawyers at Horton, Barbaro & Reilly. Afterwards, I was an associate with the insurance defense firm of Hollins Schechter working with large multi-party cases in their construction defect, environmental and employment practice areas. I am currently a member of the Orange County and Los Angeles County Bar Associations, Orange County Employment Lawyers Association and Orange County Trial Lawyers as well as the California Consumer Attorneys and both the National and California Employment Law Attorneys Associations.

5. For the last fourteen years I have worked on primarily complex business and class action employee and consumer based litigation. I have had numerous contested cases certified and have also successfully obtained a published decision. I was co-lead counsel in a certified class action trial. I enjoy what I do as an attorney. I regularly appear in trial Courts across the state as well as this Court, and I am experienced and qualified to evaluate the Class claims, to evaluate settlement versus trial on a fully informed basis and to evaluate the viability of the defenses. I have cumulatively been named Class Counsel in over forty-five class actions, and have negotiated many wage and hour class action settlements, including many involving similar issues to those presented here.

6. I do not believe I have any conflicts of interest with the Class or with the Class Representatives. I am not related to any representative Plaintiff. I have not previously represented Defendant in any matter. I do not represent opposing factions within the class in that all claims are predicated upon the same theories of liability and benefit all class members equally. I respectfully submit that I and Quintilone & Associates are well-suited to act as Class Counsel in this action, and we will continue to vigorously represent the interests of the class.

7. Based upon my experience and that of Quintilone & Associate in class action litigations, I share the view that this is a fair and reasonable settlement in light of the complexities of the case and the uncertainties of class certification and litigation, and I believe Class Counsel and the Plaintiffs have achieved a fair and reasonable result for the Participating Class Members.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed by me on **March 27, 2015**, at Lake Forest, California.

_____
RICHARD E. QUINTILONE, II