David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Peggy J. Reali (SBN 153102)
*preali@markham-law.com*
Janine R. Menhennet (SBN 163501)
*jmenhennet@markham-law.com*
Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, California 92101
Tel.:  (619) 399-3995
Fax:  (619) 615-2067

Richard E. Quintilone II (SBN 200995)
*req@quintlaw.com*
**QUINTILONE & ASSOCIATES**
22974 El Toro Road, Suite 100
Lake Forest, California 92630-4961
Tel.: (949) 458-9675
Fax: (949) 458-9679

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOEZA and ANGIE REVELES, individuals, on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK NA, an unknown business entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  13-cv-00095-L-BGS<br><br><u>CLASS ACTION</u><br><br>Hon. James M. Lorenz<br>Action Filed:  December 11, 2012<br><br>**PROOF OF SERVICE**<br><br>Date:                    May 11, 2015<br>Courtroom            5B<br><br>Trial Date:  None Set |

*Loeza et al. v. JP Morgan Chase Bank,* Case No. 13-cv-95-L-BGS
PROOF OF SERVICE

I am employed in the county of San Diego, State of California.  I am over the age of 18 and not a party to this action.  My business address is 750 B Street, Suite 1950, San Diego, CA 92101.  I served the document(s) described as:

1. **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

3. **DECLARATION OF DAVID R. MARKHAM IN SUPPORT OF PLAINTFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT with Exs. A (Settlement documents) and B (firm resume)**

4. **DECLARATION OF RICHARD E. QUINTILONE II, ESQ ISO OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

by notice of Electronic Filing, which is a notice automatically generated by the CM/ECF system at the time the document listed above was filed with this Court, to lead counsel listed by CM/ECF as "ATTORNEY TO BE NOTICED."

I declare under penalty of perjury, under the laws of the State of California that the above is true and correct.

Executed on April 1, 2015 in San Diego, California.

s/ David R. Markham
Attorney for Plaintiffs
E-mail:dmarkham@markham-law.com

1

*Loeza et al. v. JP Morgan Chase Bank,* Case No. 13-cv-95-L-BGS
PROOF OF SERVICE