1  Richard E. Quintilone II (SBN 200995)
   *req@quintlaw.com*
2  Alvin B. Lindsay (SBN 220236)
   *abl@quintlaw.com*
3  **QUINTILONE & ASSOCIATES**
   22974 El Toro Road, Suite 100
4  Lake Forest, California 92630-4961
   Tel.: (949) 458-9675
5  Fax: (949) 458-9679

6  David R. Markham (SBN 071814)
   *dmarkham@markham-law.com*
7  Peggy J. Reali (SBN 153102)
   *preali@markham-law.com*
8  Janine R. Menhennet (SBN 163501)
   *jmenhennet@markham-law.com*
9  Maggie Realin (SBN 263639)
   *mrealin@markham-law.com*
10 **THE MARKHAM LAW FIRM**
   750 B Street, Suite 1950
11 San Diego, California 92101
   Tel.: (619) 399-3995
12 Fax: (619) 615-2067

13 Attorneys for Plaintiffs and Class

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOEZA and ANGIE REVELES, individuals, on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK NA, an unknown business entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 13-cv-00095-L-BGS<br><br><u>CLASS ACTION</u><br><br>Hon. M. James Lorenz<br>Action Filed: December 11, 2012<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:           February 1, 2016<br>Courtroom     5B<br><br>Trial Date: None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT **on February 1, 2016, at 11:00 a.m.** in Courtroom 5B, of the Schwartz Courthouse located at 221 West Broadway, Suite 5145, San Diego, CA 92101, Plaintiffs Mary Loeza and Angie Reveles ("Plaintiffs") will move and respectfully hereby move the Court for entry of Judgment and an Order granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement ("Motion for Final Approval") following the Court's **August 18, 2015** entry of an order conditionally certifying the collective class action claims under Federal Rules of Civil Procedure, Rule 23. (Dkt. # 70). The Motion for Final Approval is unopposed by Defendant JP MORGAN CHASE BANK NA. ("Defendant").

This Motion for Final Approval is based upon this Notice of Motion, the concurrently filed Memorandum of Points and Authorities in support of the Motion, the Declarations of Class Counsel Richard E. Quintilone II Esq. and David R. Markham Esq., the Supplemental Declaration of Michael Bui of Simpluris, Inc. [claims administrator] and exhibits thereto, and the [Proposed] Order granting the Motion for Final Approval.

This Motion is further based upon all other pleadings and documents on file with the Court in this action, including Plaintiffs' Motion for Preliminary Approval (Dkt. # 67, 67-1) and the Declarations of Class Counsel in support thereof at Dkt. #67-2 and Dkt. # 67-3, and the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of the Settlement. (Dkt. # 70).

This Motion if further based upon the Motion filed by Class Counsel and Plaintiffs for Approval of Attorneys' Fees and Costs and Plaintiffs' Service Enhancement (Dkt. # 71, 71-1), the Declarations of Class Counsel in support of the Motion at Dkt. #71-2 and Dkt. #71-6, the Declarations of Plaintiffs in support of the Motion at Dkt. # 71-10 and Dkt. # 79, and the Declaration of Michael Bui of Simpluris in support of the Motion. (Dkt. # 71-11).

Plaintiffs may also rely upon the other documents on file with the Court in this action and upon such oral and documentary evidence and argument as may be presented at the time of hearing. The basis for this Motion is that the proposed Settlement is fair, adequate, and reasonable and in the best interests of the Class as a whole and that the procedures proposed by the parties and followed by the Settlement Administrator were adequate to ensure the opportunity of Class Members to participate in, opt out of, or object to the Settlement.

Dated: January 4, 2016 **QUINTILONE & ASSOCIATES**

By: s/ Richard E. Quintilone, II
Attorneys for Plaintiffs
E-mail: req@quintlaw.com