1  Richard E. Quintilone II (SBN 200995)
   *req@quintlaw.com*
2  Alvin B. Lindsay (SBN 220236)
   *abl@quintlaw.com*
3  **QUINTILONE & ASSOCIATES**
   22974 El Toro Road, Suite 100
4  Lake Forest, California 92630-4961
   Tel.: (949) 458-9675
5  Fax: (949) 458-9679

6  David R. Markham (SBN 071814)
   *dmarkham@markham-law.com*
7  Peggy J. Reali (SBN 153102)
   *preali@markham-law.com*
8  Janine R. Menhennet (SBN 163501)
   *jmenhennet@markham-law.com*
9  Maggie Realin (SBN 263639)
   *mrealin@markham-law.com*
10 **THE MARKHAM LAW FIRM**
   750 B Street, Suite 1950
11 San Diego, California 92101
   Tel.: (619) 399-3995
12 Fax: (619) 615-2067

13 Attorneys for Plaintiffs and Class

14                **UNITED STATES DISTRICT COURT**

15                **SOUTHERN DISTRICT OF CALIFORNIA**

16 | MARY LOEZA and ANGIE REVELES, | Case No.: 13-cv-00095-L-BGS
17 | individuals, on behalf of themselves and on behalf of all others similarly situated, | <u>CLASS ACTION</u>
18 | | Hon. M. James Lorenz
   | | Action Filed: December 11, 2012
19 | Plaintiffs,
   | | **DECLARATION OF DAVID R. MARKHAM IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**
20 | v.
21 |
22 | JP MORGAN CHASE BANK NA, an unknown business entity, and DOES 1 through 100, inclusive,
23 | | Date:          February 1, 2016
   | | Courtroom      5B
24 | Defendants.
   | | Trial Date:  None Set
25 |

26
27
28        *Loeza et al. v. JP Morgan Chase Bank,* Case No. 13-cv-95-L-BGS
     Declaration of David R. Markham in Support of Plaintiffs' Motion for Final
                      Approval of Class Action Settlement

I, David R. Markham, declare:

1. I am counsel of record for Plaintiffs Mary Loeza and Angie Reveles in this action. I am a member in good standing of the State Bar of California. I make this Declaration based on my personal knowledge and if called to testify I could and would competently testify to the matters contained in this Declaration.

2. The Settlement fund of $950,000 is the result of compromise between the Parties for Plaintiffs' overtime, meal and rest break, and derivative claims. Plaintiffs conceded that they had no claim for unreimbursed expenses, as Plaintiffs' reasonable out-of-pocket business expenses were paid by Chase.

3. This Settlement Agreement is the result of vigorous and competent representation of Plaintiffs, and arms'-length, contentious negotiations with the Defendant to reach the best possible outcome for the Class Members.

4. My previous declaration in support of the motion for preliminary approval (Dkt. # 67-2, filed April 1, 2015) set forth in detail all of the plaintiffs' claims and Chase's asserted defenses thereto. Without burdening the record with a duplicative declaration, that discussion is incorporated by reference herein, and is also set forth in the memorandum in support of final approval filed herewith. In sum, the issues on liability and certification in this case are complex in light of the facts and the current state of the case law, and the compromise represented by the parties' settlement is fair, reasonable and adequate.

5. I am a graduate of Cornell University and Columbia Law School, and have been practicing law since 1976. I have extensive experience in class action litigation, including wage and hour, consumer, antitrust, and securities litigation. I have been lead or co-lead class counsel in hundreds of class action cases in federal and state courts in California and throughout the United States. I was counsel of record in over thirty reported and widely-cited appellate cases. Attached hereto as **Exhibit A** is a true and correct copy

1

*Loeza et al. v. JP Morgan Chase Bank,* Case No. 13-cv-95-L-BGS
Declaration of David R. Markham in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement

of my firm's resume, which lists the most prominent cases I prosecuted, including over one hundred and fifty wage and hour class actions.

6. I have no conflicts of interest with the Class or with the Class Representatives. I am not related to any representative Plaintiff. I have not previously represented Defendant in any matter. I do not represent opposing factions within the class in that all claims are predicated upon the same theories of liability and benefit all class members equally. In sum, I am well-suited to act as Class Counsel and will continue to vigorously represent the interests of the class.

7. Based on my experience as Class Counsel, I believe that the proposed settlement is fair, reasonable and adequate for the Class.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct. Executed this 4th day of January, 2016 at San Diego, California.

Respectfully submitted,        THE MARKHAM LAW FIRM

                               s/ David R. Markham
                               Attorney for Plaintiffs
                               E-mail: dmarkham@markham-law.com

2

*Loeza et al. v. JP Morgan Chase Bank,* Case No. 13-cv-95-L-BGS
Declaration of David R. Markham in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement

**TABLE OF EXHIBITS TO MARKHAM DECLARATION**

| EXHIBIT | EXHIBIT NAME | PAGES |
|---------|--------------|-------|
| A | Markham Law Firm's resume | 1-20 |