# EXHIBIT A

# The Markham Law Firm Resume

http://www.markham-law.com/

Areas of Practice: Wage and Hour Class Actions, Consumer and Securities Class Actions, Civil Litigation, and Business Litigation.

## **BIOGRAPHIES**

**David R. Markham (AV), Owner**

Practice Areas: Consumer, Employment and Securities Class Actions, Business Litigation, Banking Law, Securities Law, Insurance Coverage Law

Admitted: 1976, California

Biography: Assistant General Counsel, Office of General Counsel, Bank of America N.T. & S.A., 1976-1978; Associate, Sullivan Jones, 1979-1981; Partner, Sullivan Jones, 1981-1983; Partner Sullivan McWilliams Lewin & Markham, 1983-1990; Partner, Sullivan Hill Lewin & Markham, 1990-1995; Author: "Effective Use of Videotaped Testimony in Civil Litigation," C.E.B.'s Prosecuting and Attacking Documentary and Demonstrative Evidence. Lecturer: Lender Liability, San Diego County Bar Association; Use of Documentary and Demonstrative Evidence at Trial, California Continuing Education of the Bar.   Arbitrator: American Arbitration Association. Member: San Diego County and American (Member Sections on: Corporation, Banking and Business Law; Litigation; Antitrust Law) Bar Associations; State Bar of California (Member, Financial Institutions Committee).

Education: Cornell University (B.A., magna cum laude, 1973); Columbia University (J.D., 1976)

Reported Cases: <u>Daniels v. Philip Morris</u>, 18 F.Supp.2d 1110 (1998 S.D. Cal.); <u>Washington Mutual Bank v. Super. Ct.</u>, 24 Cal. 4th 906 (2001); <u>Eichman v. Fotomat Corp.</u>, 759 F.2d 1434 (9th Cir. 1985); <u>Gibson v. World Savings & Loan Ass'n.</u>, 103 Cal. App. 4th 1291 (2003); <u>Jordan v. Dep't of Motor Vehicles</u>, 75 Cal. App. 4th 445 (1999); <u>Jordan v. Dep't of Motor Vehicles</u>, 100 Cal.App. 4th 431 (2002); <u>Norwest Mortgage, Inc. v. Super. Ct.</u>, 72 Cal.App.4th 214 (1999); <u>Olszewski v. Scripps Health</u>, 30 Cal. 4th 798 (2003); <u>Rezec v. Sony Pictures Entm't</u>, 116 Cal. App. 4th 135 (2004); <u>Hildago v. Diversified Transp. Sya</u>, 1998 U.S. App. LEXIS 3207 (9th Cir. 1998); <u>Kensington Capital Mgal. v. Oakley, Inc.</u>, 1999 U.S. Dist LEXIS 385; Fed.Sec.L.Rep. (CCH) P90, 411 (1999 C.D. Cal.); <u>Taiheiyo Cement Corp. v. Super. Ct.</u>, 105 Cal.App. 4th 398 (2003); <u>McMeans v. Scripps Health, Inc.</u>, 100 Cal. App. 4th 507 (2002); <u>Ramos v. Countrywide Home Loans</u>, 82 Cal.App. 4th 615 (2002); <u>Tevssier v. City of San Diego</u>, 81 Cal.App. 4th 685 (2000); <u>Taiheiyo Cement Corp. v. Superior Court</u>, 117 Cal. App. 4th 380 (2004); <u>Hall v. County of L.A.</u>, 148 Cal.App.4th 318 (2007); <u>In re Tobacco II</u>, 123 Cal.App.4th 617 (2004); <u>Silvas v. E* Trade Mortg. Corp.</u>, 514 F.3d 1001 (9th Cir. 2008); <u>In re Tobacco II Cases</u>, 41 Cal.4th 1257 (2008); <u>Owen v. Macy's, Inc.</u>, 175 Cal.App.4th 462 (2009); <u>In re Steroid Hormone Prod. Cases</u>, 181 Cal.App.4th 145 (2010); <u>Estrella v. Freedom Fin. Network</u>, 778 F.Supp.2d 1041 (2011)

**Peggy J. Reali, of Counsel**

Practice Areas:  Consumer and Wage & Hour Class Actions; Personal Injury and Product
Liability

Admitted: 1991, California

Biography:  Law Offices of Peggy J. Reali 2007-2012;  Cohelan & Khoury 2006-2007;
Finkelstein & Krinsk 2002-2003; Dougherty, Hildre, Dudek & Haklar 1993-2002; Appellate
Defenders, Inc. 1992-1999.  Member of Consumer Attorneys of San Diego;  CASD Women's
Caucus; former board member of Consumer Attorneys of California; former member of
Volunteers in Parole; Trial Lawyer's College July 2012-present;

Educated:  University of California, Santa Barbara, CA; University of San Diego School of Law,
San Diego, CA

Reported Cases:  Zivkovich v. Vatican Bank, 242 F.Supp.2d 659 (2002); Byars v. SCME
Mortgage, 109 Cal.App.4th 1134 (2003); Vess v. Ciba-Geigy Corp. USA et al., 317 F.3d 1097
(9th Cir. 2009); Ramirez v. General Motors Acceptance Corp., 280 B.R. 252 (C.D. Cal. 2002);

**Janine Menhennet, Associate**

Practice Areas:  Consumer Class Action, Wage and Hour Class Action, Civil Litigation,
Business Litigation, and Products Liability.

Admitted:  1992, California.

Biography:  Extern to Hon. Arthur Alarcon, Ninth United States Court of Appeals; associate,
Knapp, Petersen & Clarke; associate, Ott & Horowitz; associate, White & Oliver; associate,
Blumberg Dagan.  Author:  *Class Distinction: When is an Independent Contractor Really an
Employee?*, Los Angeles Daily Journal, May 15, 1997; *Elkus v. Elkus: A Step in the Wrong
Direction,* 12 Loyola of Los Angeles Entertainment Law Journal 561 (1992); *Jim Crow Laws,* 5
California Legal Studies Journal 59 (1989).

Education:  University of California, Berkeley, 1988 (B.A.) (commencement speaker,
psychology); Loyola Law School, Los Angeles 1992 (J.D.).

Reported cases:  Dennis v. Kellogg Co., 697 F.3d 858 (9th Cir. 2012); Cal. Credit Union League
v. City of Anaheim, 95 F.3d 30 (9th Cir. 1996).

**Maggie Realin, Associate**

Practice Areas:  Consumer and Wage & Hour Class Actions; Appellate Law

Admitted:  2009, California.

Biography: The Law Offices of Ronald A. Marron APLC, Consumer Class Action firm (2011-2012); Associate, The Law Office of Richard W. Weinthal, Certified Appellate Law Specialist (2005-2010); Associate, Legal Aid Society of San Diego; pro bono attorney; Wiley B. Manuel Award for Pro Bono Legal Services, May 2010.

Education:  Warsaw University of Commerce and Law, Poland, 2004 (J.D.) (Outstanding Alumna Award); University of San Diego School of Law, 2007 (LL.M.).

Reported cases:  In re Ferrero Litig., 278 F.R.D. 552 (S.D. Cal. 2011); In re Nutella Mktg. & Sales Practices Litig., 804 F.Supp.2d 1374 (J.P.M.L. 2011); Bruno v. Eckhart Corp., 280 F.R.D. 540 (C.D. Cal.).

## **CLASS ACTION BACKGROUND**

**LEAD COUNSEL** - Class Actions

Ahn v. Mitsui
Los Angeles Superior Court, Case No. BC245721
Nature of Case: Korean Force Labor
Plaintiff's Counsel: Blumenthal & Markham; Fleishman & Fisher; Lim, Ruger & Kim, LLP

Alpert v. Time Warner Cable
San Diego County Superior Court
Nature of Case: Unfair Competition – Deceptive Business Practices
Plaintiff's Counsel: Clark & Markham LLP

Allec v. Cross Country Bank - Settled
Orange County Superior Court
Nature of Case: Unfair Business Practices-Deceptive Advertising
Plaintiff's Counsel: Blumenthal & Markham

Anderson v. Oracle Corporation – Settled
Alameda Superior Court; JCCP 4597
Nature of Case: Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP; Thierman Law Firm; United Employees Law Group

Andreas v. Lowe's – Settled
United States District Court for the District of Nevada
Nature of the Case: Unpaid Overtime
Plaintiff's Counsel: Clark & Markham LLP

Androstendiol Cases – Settled
Los Angeles Superior Court
Nature of Case: Deceptive Advertising
Plaintiff's Counsel: Blumenthal & Markham

<u>Balthazar v. California Bank & Trust – In Litigation</u>
San Diego Superior Court
Nature of Case:  PAGA representative action for failure to provide meal and rest breaks
Plaintiff's Counsel:  The Markham Law Firm, United Employees Law Group

<u>Bello v. Proctor & Gamble</u>
United States District Court for the Central District of California
Nature of Case: Wage and Hour Class Action
Plaintiff's Counsel: Clark & Markham

<u>Bennie v. Lowe's</u> – Settled
United States District Court for the Central District of California
Nature of the Case: Unfair Competition – Failure to Provide a Day of Rest
Plaintiff's Counsel: Clark & Markham LLP

<u>Bolger v. Dr. Martens</u> - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Deceptive Advertising
Plaintiff's Counsel: Blumenthal & Markham

<u>Briseno v. American Savings Bank,</u> - Settled
Orange County Superior Court
Nature of Case: Unfair Competition - Force Ordered Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Markham; Chavez & Gertler

<u>Brown v. Coram, LLC et al.</u> – In Litigation
Sacramento Superior Court, Case No. 34-2015-00183574
Nature of the Case: Wage and Hour Class Action – Failure to Pay for All Time Worked
Plaintiff's Counsel: The Markham Law Firm, United Employees Law Group

<u>Bulisco v. Mosaic Sales Solutions</u> – Settled
Orange County Superior Court – Case No. 30-2011-00476000-CU-OE-CXC
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

<u>Buonomo v. ValueVision</u> - Settled
Minnesota District Court
Nature of Case: False Advertising, Breach of Warranty
Plaintiff's Counsel: Blumenthal & Markham; Mansfield, Tanick & Cohen, P.A.

<u>Burda v. Fidelity Title</u>
United States District Court for the Central District of California
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: Clark & Markham

<u>Butler v. Time Warner</u>
Los Angeles Superior Court; Case No. BC500665
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: The Markham Law Firm, The Clark Law Firm

<u>Carter v. Bank of America NA</u> – In Litigation
United States District Court for the Central District of California
Case No. 13-cv-08110-JLS-AN
Nature of the Case: Consumer Class Action
Plaintiff's Counsel: The Markham Law Firm, The Law Offices of Barron E. Ramos

<u>Caushon v. General Motors Corp.</u>
<u>In re Automobile Antitrust Cases</u>
San Diego Superior Court, coordinated in San Francisco
Nature of Case: Unfair Competition; Antitrust
Plaintiff's Co-Counsel: Blumenthal & Markham

<u>Cilmi-Smith v. GEICO</u>
United States District Court for the Southern District of New York
Case No. 14-cv-6398
Nature of Case:  Wage and hour class action
Plaintiff's Counsel:  The Markham Law Firm, Kaplan Fox & Kilsheimer

<u>Cohen v. Lowes</u>- Settled
United States District Court, Central District of California
Nature of Case: Unfair Competition- Failure to Itemize Wage Statements, Unlawful Deductions
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

<u>Coleman v. Jenny Craig</u> – On Appeal
United States District Court, Southern District of California
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel:  Clark & Markham LLP, Law Offices of Barron E Ramos, United
Employees Law Group

<u>Collins v. U.S. Bank National Association</u>
United States District Court, Central District of California
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: The Markham Law Firm, Law Offices of Barron Ramos, Law Offices of
Francisco Aldana

<u>Collins v. ITT Educational</u> - Settled
United States District Court, Southern District of California
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: The Markham Law Firm, Morris and Associates

Comstock v. Washington Mutual Bank
San Diego County Superior Court
Nature of Case: Unfair Competition - Force Order Insurance
Plaintiff's Counsel: Blumenthal & Markham

Conley v. Norwest
San Diego County Superior Court
Nature of Case: Unfair Business Practices-Force Ordered Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Markham

Contreras v. Bank of America- Settled
San Francisco Superior Court
Nature of Case: Unfair Competition- Failure to Pay Overtime, Unreimbursed Business Expenses
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group, Thierman Law
Firm, Initiative Legal Group APC, Goldstein Demchak Baller Borgen & Dardarian, Hoffman &
Lazear, Mehri & Skalet PLLC, Major Kahn LLC, The Carter Law Firm, The Cooper Law Firm
PC, Quintilone & Associates, Law Offices of Scott A. Miller, Law Offices of Steven L. Miller,
Kohalan & Khoury & Singer

Corona v. Verizon – Settled
Los Angeles Superior Court; Case No. BC467679
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

Cortina v. North American Title Company NA – In Litigation
Fresno Superior Court; Case No. 07CE CG 01169
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: Clark & Markham LLP, Wagner & Jones, Cornwell & Sample

Cota v. Countrywide Securities, et al. – Settled
Los Angeles County Superior Court
Nature of Case: Unfair Competition – Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP

Cruz v. MUFG Union Bank, N.A. – In Litigation
San Francisco Superior Court; Case No. CGC 15-548366
Nature of Case: Wage and Hour Class Action
Plaintiffs' Counsel: The Markham Law Firm, Hurst & Hurst, United Employees Law Group

Daniels, et al. v. Philip Morris, et al. - Settled
California Supreme Court
Nature of Case: Unfair Business Practices-Unlawful, Deceptive and Unfair Marketing of
Cigarettes to Children
Plaintiff's Counsel: Blumenthal & Markham

Decarr v. Harvest Management- Settled
Santa Clara Superior Court
Nature of Case: Unfair Competition- Unpaid Overtime and Meal And Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group, Law Offices of
Barron E. Ramos

Del Valle v. LA Fitness- Settled
Los Angeles Superior Court
Nature of Case: Unfair Competition- Failure to Pay Overtime, Meal and Rest Breaks, Reimburse
Expenses, Split Shifts
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Office, Thierman Law Firm

Denos v. AAA – In Litigation
Los Angeles Superior Court, Case No. BC536515
Nature of Case:  Wage and Hour
Plaintiff's Counsel:  The Markham Law Firm, Quintilone and Associates

Diaz v. Panda Restaurant Group/ Panda Express
Los Angeles Superior Court; Case No. BC500664
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: The Markham Law Firm, Clark Law Firm

Estrella v. Freedom Debt Relief – Settled
United States District Court for the Central District of California
Nature of Case: Unfair Competition – Unlawful Business Practices
Plaintiff's Counsel: Clark & Markham LLP, Law Offices of Barron E Ramos

Flores v. Jack in the Box
Santa Clara Superior Court
Nature of Case: Unfair Competition- Failure to Pay Wages When Due Through Debit Card
Plaintiff's Counsel: Clark & Markham LLP, The Advocates Law Firm

Friend v. Wellpoint – Settled
Los Angeles County Superior Court
Nature of Case: Unfair Competition, Unpaid Overtime, Missed Meal Periods
Plaintiff's Counsel: Clark & Markham LLP

Fuzell v. Hallmark Marketing Corporation – Settled
United States District Court for the Central District of California
Nature of Case: Unfair Competition – Unpaid time, Unreimbursed Expenses
Plaintiff's Counsel: Clark & Markham LLP

Gallien v. ITT Educational Services, Inc. – In Litigation
Los Angeles County Superior Court, Case No. BC530738
Nature of Case: Wage and Hour Class Action
Plaintiffs' Counsel:  The Markham Law Firm, Morris & Associates

Gibson v. World Savings - Judgment for Class after Trial and Appeal - Settled on Remand
Orange County Superior Court
Nature of Case: Unfair Business Practices-Force Ordered Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Markham

Gill v. Parabody, Inc. - Settled
San Diego Superior Court
Nature of Case: Product Defect
Plaintiff's Counsel: Blumenthal & Markham

Gillette v. Peerless
United States District Court for the Central District of California
Nature of Case: Unfair Competition- Failure to Pay Overtime, Failure to Pay Meal and Rest
Plaintiff's Counsel: The Markham Law Firm; United Employees Law Group PC

Gonsalves v. Farmers Group, Inc.– In Litigation
Los Angeles County Superior Court, Case No. BC541901
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel:  The Markham Law Firm

Gonzales v. T-Mobile
United States District Court, Southern District of California
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: The Markham Law Firm, Clark Law Firm

Gray v. Bank of America- Settled
United States District Court, Northern District of California
Nature or Case: Unfair Competition- Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP, Law Offices of Barron E. Ramos, United
Employees Law Group

Greer v. Fleet Mortgage - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Bank Overcharges
Plaintiff's Counsel: Blumenthal & Markham

Gruender v. First American Title Company – Settled
Orange County Superior Court
Nature of Case: Unfair Competition – Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP

Hardaway v. Nat'l Distrib. Centers, LP – In Litigation
Los Angeles Superior Court; Case No. BC 598298
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: The Markham Law Firm, Hurst & Hurst, United Employees Law Group

Hart v. United States Tobacco Co.
Los Angeles Superior Court
Coordinated in Smokeless Tobacco Litigation
Nature of Case: Unfair Competition; Antitrust
Plaintiff's Co-Counsel: Blumenthal & Markham; the Cuneo Law Group P.C.; Gordon Ball

Higgins v. Maryland Casualty - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Deceptive Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Markham

Howard v. CVS Caremark Corp/ CVS Pharmacy – On Appeal
United States District Court for the Central District of California
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel:  The Markham Law Firm; United Employees Law Group PC

Johnson v. Metlife
United States District Court for the Central District of California
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: The Markham Law Firm, Clark Law Firm

Jones v. Wal-Mart - In Litigation
Los Angeles Superior Court; Case No. BC475519
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

Juarez v. Kmart (Lead Co-Counsel) - Settled
Contra Costa Superior Court
Nature of Case: Unfair Competition- Failure to Pay Overtime, Failure to Pay Meal and Rest
Breaks, Off the Clock Work
Plaintiff's Counsel: Clark & Markham LLP, Arias, Ozzello & Gignac LLP, United Employees
Law Group

Karrer v. Best Buy – Settled
United States District Court for the Central District of California
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

Kendrick v. Borders Books
Orange County Superior Court
Nature of Case: Unfair Competition- Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP, Thierman Law Firm, United Employees Law Group

Lawson v. Staples Contract and Commercial, Inc.,– In Litigation
Los Angeles County Superior Court, Case No. 542237
Nature of Case:  Wage and Hour Class Action

Plaintiff's Counsel:  The Markham Law Firm

<u>Lizarraga v. CBC Restaurant Corp.</u>
Orange County Superior Court
Nature of Case: Unfair Competition- Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

<u>Loeza v. JP Morgan Chase Bank</u>
United States District Court for the Southern District of California
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: The Markham Law Firm, Quintilone & Associates

<u>Lydon v. Paramount Pictures Corporation</u>- Settled
Los Angeles Superior Court
Nature of Case: Unfair Competition- Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

<u>Malone v. Fidelity National Management Services LLC</u>
US District Court – Southern District of California
Nature of Case: Unfair Competition – Overtime, Meal and Rest Breaks
Plaintiff's Counsel: The Markham Law Firm, Law Offices of Wagner & Jones

<u>Mandell v. Republic Bank</u> - Settled
Los Angeles County Superior Court
Nature of Case: Breach of Fiduciary Duties to IRA Account Holders
Plaintiff's Counsel: Blumenthal & Markham

<u>Manzanarez v. Home Savings of America</u> - Settled
San Francisco Superior Court
Nature of Case: Unfair Business Practices-Overcharge for Inspection Fees
Plaintiff's Counsel: Blumenthal & Markham

<u>Martinez v. Yahoo, Inc.</u>
Nature of Case: Deceptive Advertising
Plaintiff's Counsel: Blumenthal & Markham

<u>Matam v. Oracle</u> – On Appeal
Alameda Superior Court; Case No. RG09480164
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: Clark & Markham LLP, Thierman Law Firm

<u>Matloubian v. Home Savings of America</u> - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Force Ordered Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Markham; Chavez & Gertler

McPhail v. First Command
United States District Court for the Southern District of California
Nature of Case: Securities Fraud, 10(b)(5) violations
Plaintiff's Counsel: Blumenthal & Markham appointed Lead Counsel

McSwain v. Thrifty- Settled
Orange County Superior Court
Nature of Case: Unfair Competition- Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

Meco v. International Medical Research (and related cases) - Settled
Los Angeles Superior Court
Nature of Case: Unfair Competition, Product Adulteration, Illegal Sale of Drugs
Plaintiff's Counsel: Blumenthal & Markham

Mendez v. Walmart- Settled
United States District Court, Central District of California
Nature of Case: Unfair Competition- Unpaid Overtime and Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

Mendoza v. Nordstrom
United States District Court, Central District of California
Nature of Case: Unfair Competition- Working 7 or More Consecutive Days, Split Shifts
Plaintiff's Counsel: Clark & Markham LLP, Knapp, Petersen & Clarke, Hess-Verdon & Associates

Minor v. Barnes & Noble- Settled
Alameda County Superior Court
Nature of Case: Unfair Competition- PAGA Claim  for Paying With Out of State Check
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

Mitchinson v. Love's Travel Stops & Country Stores, Inc. – In Litigation
United States District Court for the Eastern District of California
Nature of Case: Wage and Hour Class Action
Plaintiff's Counsel: The Markham Law Firm, Kershaw, Cook & Talley, PC

Murry v. Kellogg- Settled
Los Angeles Superior Court
Nature of Case: Unfair Competition- Misclassification, Certified for Unitemized Wage Statements
Plaintiff's Counsel: Clark & Markham LLP, Law Offices of Barron E. Ramos

Nelson v. St. Paul Fire & Marine Insurance - Settled
Brazoria County District Court, Texas
Nature of Case: Deceptive Business Practices in sale of oil & gas reserve insurance
Plaintiff's Counsel: Blumenthal & Markham

<u>Nguyen v. Wells Fargo Home Mortgage</u> - Settled
Orange County Superior Court
Nature of Case: Unfair Business Practices - Force Ordered Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Markham

<u>Novoa et al. v. Charter Communications, LLC</u> – In Litigation
United States District Court, Eastern District of California, Case No. 13-cv-1302
Nature of Case: Wage and Hour Class Action
Plaintiff's Counsel: The Markham Law Firm, Aequitas Law Group, Kershaw Cutter & Ratinoff, LLP

<u>Outland v. Macy's</u> - In Litigation
San Francisco Superior Court
Nature of Case: Unfair Competition- Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

<u>Owen v. Robinson's May</u> – Settled
Los Angeles County Superior Court
Nature of the Case: Unfair Competition – Failure to Pay Vacation Accrued
Plaintiff's Counsel: Clark & Markham LLP

<u>Padilla v. Kraft</u> – Settled
Orange County Superior Court
Nature of Case: Unfair Competition – Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP

<u>Patelski v. The Boeing Company</u> – Settled
United States District Court, Southern District of New York;
transferred to United States District Court, Eastern District of Missouri
Nature of Case: Refund Action
Plaintiffs' Counsel: Blumenthal & Markham, Sigman, Lewis & Feinberg, P.C.

<u>Pearce v. SBC</u> – Settled
United States District Court, Central District of California
Nature of Case: Unfair Competition – Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP

<u>Pearlman v. Bank of America</u> - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Force Ordered Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Markham; Chavez & Gertler

<u>Ponce deLeon v. Wells Fargo</u>
Los Angeles Superior Court
Nature of Case: Wage and Hour
Plaintiff's Counsel:  The Markham Law Firm

Ramirez v. Wells Fargo- In Litigation
Alameda County Superior Court
Nature of Case: Unfair Competition- Overtime, Meal and Rest Breaks, Off the Clock
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group, Hoffman & Lazear

Ramos v. Countrywide - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Force Ordered Insurance Overcharges
Plaintiffs' Counsel: Blumenthal & Markham; Sullivan Hill; Chavez & Gertler

Redin v. Sterling Trust - Settled
Los Angeles Superior Court
Nature of Case: Breach of Fiduciary Duties of IRA Administrator
Plaintiff's Counsel: Blumenthal & Markham

Rezec v. Sony – Settled
San Diego Superior Court
Nature of Case: Fraudulent Advertising
Plaintiffs' Counsel: Blumenthal & Markham, Prongay & Borderud; The Cifarelli Law Firm

Rodriguez v. Pac Bell- Settled
Los Angeles Superior Court
Nature of Case: Unfair Competition- Failure to Pay Overtime and Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP, R Rex Parris Law Firm

Rondone v. Orchard Supply Hardware- Settled
Santa Clara Superior Court
Nature of Case: Unfair Competition- Failure to Pay Overtime and Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group, Hoffman & Lazear

Rosenloev v. 24 Hour Fitness- Settled
Orange County Superior Court
Nature of Case: Unfair Competition- Split Shifts, Commission Theft, Failure to pay Missed Meal
Periods Off the Clock
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

Ryan v. Microsoft Corporation – In Litigation
United States District Court of California, Northern District, Case No. 11cv02509
Nature of Case: Antitrust
Plaintiff's Counsel: The Markham Law Firm

Salazar v Sedgwick Claims Management Services, Inc. – In Litigation
Los Angeles Superior Court, Case No. BC556145
Nature of Case: Wage and Hour
Plaintiff's Counsel:  The Markham Law Firm, United Employees Law Group

Saldana v. Amazon
United States District Court, California Central District, Case No. 2:14-cv-1545
United States District Court, Western District of Kentucky (MDL), Case No. 3:14-md-2504-JGH
Nature of the Case:  Wage and Hour class action
Plaintiffs' Counsel:  The Markham Law Firm, Thierman Law Firm

San Diego Telephone v. MCI-Worldcom - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Slamming
Plaintiff's Counsel: Blumenthal & Markham

Santone v. AT&T – Settled
District Court, Madison County, Illinois
Nature of Case: Unconscionable Business Practices
Plaintiff's Counsel: Blumenthal & Markham, Morris & Associates

Scott v. Blockbuster, Inc. – Settled
Count of Appeals, Ninth District of Texas, Beaumont, Texas
Nature of Case: Unlawful Late Fees
Plaintiff's Counsel: Blumenthal & Markham, Brothers & Thomas, LLP, Vaughan O. Stewart

Scott v. Pro's Choice Beauty – Settled
United States District Court for the Northern District of California
Nature of Case: Unfair Competition – Unpaid time, Unreimbursed Expenses
Plaintiff's Counsel: Clark & Markham LLP

Smith v. AT&T Mobility- In Litigation
Los Angeles County Superior Court
Nature of Case: Unfair Competition
Plaintiff's Counsel: Clark & Markham LLP, Pettersen & Bark

Sorensen v. Binions
Nature of Case: ERISA violations
Plaintiff's Counsel: Blumenthal & Markham; Gerard & Osuch

Sparks v. ADP – Settled
United States District Court, Central District of California
Nature of Case: Unfair Competition – Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP

Strauss v. Bayer Corporation – Settled
United States District Court, District of Minnesota
Nature of Case: Baycol Products Liability Litigation
Plaintiffs' Counsel: Blumenthal & Markham; Fleishman & Fisher

Sundjaja v. AIG- Settled
United States District Court, Northern District of California
Nature of Case: Unfair Competition- Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group, Hoffman & Lazear

Tan v. Sutter Health of California – Settled
Alameda Superior Court; Case No. RG12622057
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group, Law Offices of
Kevin Barnes, Cohelan, Khoury & Singer

Tarango v Ajilon Communications- Settled
Los Angeles Superior Court
Nature of Case: Unfair Competition- Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

Tauber v. Alaska Airlines - Settled
Los Angeles Superior Court
Nature of Case: Unfair Business Practice - Employment Practices
Plaintiff's Counsel: Blumenthal & Markham

Ternersesian v. Kaiser Permanente
Alameda Superior Court; Case No. HG13671346
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel:  The Markham Law Firm, United Employees Law Group

Thomas v. Avis Budget- In Litigation
United States District Court, Central District of California
Nature of Case: Unfair Competition- Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

Thomason v. Toyota Motor Sales – Settled
Los Angeles County Superior Court
Nature of Case: Unfair Competition – Deceptive Business Practices
Plaintiff's Counsel: Clark & Markham LLP

Thrash v. Chevron – In Litigation
Los Angeles Superior Court; Case No. BC50663
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: The Markham Law Firm, The Clark Law Firm

Trujillo v. Party City- Settled
Santa Clara Superior Court
Nature of Case: Unfair Competition- Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

Turner v. Mercury Insurance Services, LLC
Los Angeles County Superior Court, Case No. BC541083
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel:  The Markham Law Firm

URU v. Microsoft Corp., - Settled
San Francisco Superior Court
Nature of Case: Unfair Competition; Antitrust
Plaintiffs' Counsel: Blumenthal & Markham, Cohen Milstein Hausfeld & Toll, P.L.L.C.,
Chavez & Gertler

Valenzuela v. Affiliated Computer Systems- Settled
Los Angeles Superior Court
Nature of Case: Unfair Competition- Failure to Pay Wages When Due Through Debit Card
Plaintiff's Counsel: Clark & Markham LLP, The Advocates Law Firm

Valles v. International Business Machines Corporation- Settled
United States District Court, Central District of California
Nature of Case: Unfair Competition- Misclassification
Plaintiff's Counsel: Clark & Markham LLP, Law Offices of Barron E. Ramos, United
Employees Law Group

Velasco v. Penske Truck Lease – Settled
United States District Court for the Central District of California
Nature of Case:  Wage and Hour Class Action
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

Viloria v. Stewart Title Company – Settled
United States District Court, Central District of California
Nature of Case: Unfair Competition- Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP

Vuong v. Wells Fargo
San Francisco Superior Court
Nature of Case: Unfair Competition- Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP, Law Offices of Barron E. Ramos, Hoffman &
Lazare, United Employees Law Group

Wadhwa v. Escrow Plus - Settled
Los Angeles Superior Court
Nature of Case: Investment Fraud
Plaintiff's Counsel: Blumenthal & Markham

Weston v. International Paper Supply
Los Angeles Superior Court
Nature of Case: Unfair Competition- Misclassification

Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group

<u>Wright v. Home Depot</u> – Settled
Orange County Superior Court
Nature of Case: Unfair Competition – Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP

<u>Zhang Chang v. Mitsui Manufacturing</u>
Orange County Superior Court
Nature of Case:  Japanese POW Cases
Plaintiffs' Counsel: Blumenthal & Markham, Fleishman and Fisher;
Leiff Cabraser Heimann & Berstein

<u>Zugich v. Wells Fargo Bank</u> - Settled
San Francisco Superior Court
Nature of Case: Unfair Business Practices-Force Ordered Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Markham

**<u>CO-COUNSEL</u>** - <u>Class Actions</u>

<u>Austin v. Amazon</u> – Settled
United States District Court, Western District of Washington
Nature of Case: Unfair Competition- Failure to Pay Overtime and Wages
Plaintiff's Counsel: Clark & Markham LLP, Thierman Law Firm, United Employees Law
Group, Ide Law Office

<u>Baxt v. Scor U.S.</u> - Settled
Delaware Court of Chancery
Nature of Case:  Takeover
Plaintiffs' Counsel:  Blumenthal & Markham; Sullivan Hill;
Rosenthal, Monhait, Gross & Goddess, P.A.

<u>Bronson v. Blech Securities</u> - Settled
U.S. District Court, Southern District of New York
Nature of Case:  Securities Fraud
Plaintiffs' Counsel:  Blumenthal & Markham; Milberg; Weiss, Bershad, Hynes & Lerach;
Kaplan, Kilsheimer & Fox; Berstein, Liebhard & Lifshitz; Berstein & Ostraff; Law Office of
Dennis J. Johnson; John T. Maher; Sullivan Hill; Weil, Gotshal & Manges; Paul, Hastings,
Janofsky & Walker; Andrews & Kurth; Paul, Weiss, Rifkind, Wharton & Garrison; Wolff &
Samson; Heller, Horowitz & Feit, P.C.; Shereff, Friedman, Hoffman & Goodman, LLP;
Debevoise & Plimpton; Smith, Campbell, Paduano; Thelen, Marrin, Johnson & Bridges; The
Offices of Robert Swetnick; Crummy Del Deo; Robinson, Silverman, Pearce, Aronsohn &
Berman; Buchanan Ingersoll, P.C.; Morgan, Lewis & Bockius, Schwartz, Kelm, Warren &
Ramirez; Porter & Hedges, L.L.P.; MicroProbe Corp.; NeoRX Corp.; Solomon, Zauderer,
Ellenhorn, Frischer & Sharp;

<u>Campagna v. Language Line</u>- Settled
United States District Court, Northern District of California
Nature of Case: Unfair Competition- Unreimbursed Business Expenses
Plaintiff's Counsel: The Markham Law Firm, Clark Law Firm, Law Offices of Barron E. Ramos

<u>Carey v. Autozone</u>- Settled
Clark County Superior Court, Nevada
Nature of Case: Unfair Competition- Failure to Pay Overtime
Plaintiff's Counsel: Clark & Markham LLP, Gerard & Associates, United Employees Law Group

<u>Daprizio v. Harrah's</u>- In Litigation
United States District Court, Nevada
Nature of Case: Unfair Competition-Failure to Pay Overtime and Wages
Plaintiff's Counsel: Thierman Law Firm, The Markham Law Firm, Clark Law Firm

<u>Davies v. Wells Fargo</u>- Settled
San Francisco Superior Court
Nature of Case: Unfair Competition- Unpaid Meal and Rest Breaks
Plaintiff's Counsel: The Markham Law Firm, Clark Law Firm, Law Offices of Barron E. Ramos

<u>Dibella v. Olympic Financial</u> - Settled
U.S. District Court, District of Minnesota
Nature of Case: Securities Fraud
Plaintiff's Counsel:  Blumenthal & Markham

<u>Erickson v. Old Republic Title Company</u> – Settled
U.S. District Court, Southern District of California; Case No. 13-cv-01210
Nature of Case:  Wage and Hour
Plaintiff's Counsel:  Law Offices of Wagner & Jones,  The Markham Law Firm

<u>Evans v. Walmart</u>- On Appeal
United States District Court, Nevada
Nature of Case: Unfair Competition- Failure to Pay Overtime
Plaintiff's Counsel: Thierman Law Firm, The Markham Law Firm, Clark Law Firm

<u>Fjeld v Penske Logistics</u>
U.S. District Court, Central District of California
Nature of Case:  Wage and Hour
Plaintiff's Counsel:  Clark & Markham LLP, United Employees Law Group

<u>Ferrari v. Read-Rite</u> - Settled
U. S. District Court, Northern District of California
Nature of Case: Securities Fraud
Plaintiff's Counsel: Blumenthal & Markham; Milberg, Weiss, Bershad, Hynes & Lerach

<u>Garrison v. Oracle</u> – In Litigation
U. S. District Court, Northern District of California
Nature of the Case:  Antitrust
Plaintiff's Counsel:  Hogue & Belong, The Markham Law Firm

<u>Holt v. Kaiser Foundation Health Plan</u>- In Litigation
Alameda Superior Court
Nature of Case:  Wage and Hour
Plaintiffs' Counsel: The Clark Law Firm, The Markham Law Firm, United Employees Law Group

<u>Jordan</u>/<u>Ramos v. DMV</u> - Judgment for Plaintiff
Superior Court, Sacramento
Nature of Case:  Commerce Clause Violation - Tax declared unconstitutional - Affirmed on appeal
Plaintiffs' Counsel:  Blumenthal & Markham; Milberg, Weiss, Bershad, Hynes & Lerach; Weiss & Yourman; Sullivan Hill, Lewis Sey & Engle

<u>McDonagh v. Harrah's</u> - In Litigation
United States District Court for the District of Nevada
Case No. 13-cv-01744-JCM-CWH
Nature of Case:  Wage and Hour
Plaintiffs' Counsel:  The Markham Law Firm, Thierman Law Firm

<u>Richie v Blue Shield</u>- In Litigation
U.S. District Court, Northern District of California
Nature of Case:  Wage and Hour
Plaintiffs' Counsel:  Clark Law Firm,  The Markham Law Firm, United Employees Law Group

<u>Ridgewood Capital Management v. Gensia</u> - Settled
U.S. District Court, Southern District of California, #CV-92-1500H
Plaintiffs' Counsel:  Barrack, Rodos & Bacine; Kaplan, Kilsheimer & Fox; Wolf, Popper, Ross, Wolf & Jones; Law Offices of Joseph H. Weiss; Kaufman, Malchman, Kaufman & Kirby; Sullivan Hill; Blumenthal & Markham

<u>Rose v. Lincare</u>- Settled
San Francisco Superior Court
Nature of Case: Unfair Competition- Overtime, Meal and Rest Breaks
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group, Hoffman & Lazear

<u>Salazar v. Wells Fargo</u>- Settled
United States District Court, Nevada
Nature of Case: Unfair Competition- Failure to Pay Overtime
Plaintiff's Counsel: Clark & Markham LLP, United Employees Law Group, Gerard & Associates

<u>Santiago v. Wosk</u>- Settled
San Diego Superior Court
Nature of Case: Medical Malpractice
Plaintiff's Counsel: Clark & Markham LLP, Feldman Shepherd Wohlgelernter Tanner
Weinstock & Dodig

<u>Shurman v. Scimed</u> - Settled
State of Minnesota District Court, Fourth District, #94-17640
Plaintiffs' Counsel:  Blumenthal & Markham; Milberg, Weiss, Bershad, Hynes & Lerach;
Kaplan, Kilsheimer & Fox; Sullivan Hill; Law Offices of Lawrence G. Soicher.

<u>Sirota v. Swing-N-Slide</u> - Settled
Wisconsin District Court, County of Rock Nature of Case: Fraudulent Stock Buy-Back-
Derivative Claim
Plaintiffs Counsel: Blumenthal & Markham; Sullivan Hill;
Milberg, Weiss, Bershad, Hynes & Lerach; Nowlan & Mouat

<u>Slatton v. G.E. Capital Mortgage Services</u> - Settled
Camden County Superior Court, New Jersey, #CAML0256198
Nature of Case: Forced order insurance
Plaintiff's Counsel:  Blumenthal & Markham

<u>Sparks v AT&T</u> - Settled
Illinois District Court - Madison County
Deceptive Practice claim - Leased consumer telephone equipment
Plaintiff's counsel - Carr Korein Tillery; Blumenthal & Markham; Whatley Drake

<u>Wamboldt v. Safety Kleen</u>- In Litigation
United States District Court, Northern District of California
Nature of Case: Unfair Competition- Failure to Pay Overtime
Plaintiff's Counsel: Clark & Markham LLP, Law Offices of Barron E. Ramos, Edgar Law Firm

<u>Ziencina v Retail Assistance</u>- In Litigation
Orange County Superior Court
Nature of Case:  Wage and Hour
Plaintiff's Counsel:  Clark Law Firm, The Markham Law Firm, United Employees Law Group