# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOEZA and ANGIE REVELES, on behlalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, NA,<br><br>Defendants. | Case No. 13-cv-0095-L (BGS)<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL BUI REGARDING NOTICE AND SETTLEMENT ADMINISTRATION** |

I, MICHAEL BUI, hereby declare:

1. I am employed as a Case Manager by Simpluris, Inc. ("Simpluris"), the claims administrator in the above-entitled action. Our Corporate Office address is 3176 Pullman Street, Suite 123, Costa Mesa, CA 92626. My telephone number is (800) 779-2104. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself.

2. Simpluris is a Class Action Settlement Administration company located in Costa Mesa, California. It was founded by individuals who have each managed hundreds of settlements, along with professionals in the areas of Software Development, Third-Party Claims Administration, Mail-House Operations, and Call Center Support Management.

3. Simpluris is providing updated information in supplement to the October 20, 2015 Declaration of Notice and Claims Administration (See Dkt. # 71-11), which was filed on **October 22, 2015** in support of Plaintiffs' Motion For Approval of Attorneys' Fees and Costs and Plaintiffs' Service Enhancements. (Dkt. # 71).

4. This prior Declaration sets forth the details of Simpluris' engagement as the Settlement Administrator and the actions we took following the Court's granting of preliminary approval of the parties' Joint Stipulation of Settlement and Release ("Settlement") to administer the Settlement through **October 20, 2015**. As stated therein, Simpluris received from the parties' counsel on **August 24, 2015** the Court approved Notice Packet, including a Notice of Settlement of Class Action Lawsuit ("Notice") and Settlement Claim and Consent to Join Form ("Claim Form"). On **September 22, 2015**, the Notice Packets were mailed via First Class mail to eight hundred twenty-seven (827) class members with addresses contained in the Class List which Simpluris received from Defendants' counsel. A representative copy of the Notice Packet, as mailed to the Class Members on **September 22, 2015**, along with the mailing envelope, is attached to this Declaration at **Exhibit A**.

5.  The claim submission deadline, along with the deadline for objections and for Class Members to opt-out of the Settlement, was **November 6, 2015**. A copy of the final Weekly Report summarizing the results of the Settlement administration through **December 31, 2015** is attached to this Declaration at **Exhibit B**.

6.  As of **December 31, 2015**, 52 Class Notices were returned by the post office. For those without forwarding addresses, Simpluris attempted to find a forwarding address using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Class Member's name and previous address to locate a current address. Altogether, Simpluris re-mailed 72 Class Notices to either; a new forwarding address provided by the Post Office, a newfound address using Accurint, or a forwarding address provided by the Class. Ultimately, 15 Class Notices remain undeliverable because Simpluris was unable to find a deliverable address.

7.  Simpluris is responsible for receiving and processing all Claim Forms. As of **December 31, 2015**, Simpluris has received a total of **453 Claim Forms**. Of the 453 Claim Forms, 17 were untimely and 1 is disputing company records. Simpluris is working with the counsel to resolve the dispute.

8.  After deducting attorneys' fees in the amount of $285,000.00 and costs in the amount of $35,000.00 to Class Counsel, an Enhancement Payment in the amount of $20,000.00 to the Class Representatives, LWDA Payment of $1,875.00, setting aside $10,000.00 for the Reserve Fund, and Settlement Administration costs of $12,000.00 from the Maximum Settlement Amount of $950,000.00, the Net Settlement Amount available to Class Members who submitted claims was **$586,125.00**. The total amount of the claims received by the 453 Class Members who submitted Claim Forms (not including deductions for any taxes) is **$350,143.79** (which is 59.74% of the Net Settlement Amount). From this amount, Simpluris calculated the estimated award for each class member. The average estimated class member award is **$772.944,** and the highest is **$5,217.78**.

9. As of **December 31, 2015**, Simpluris has not received any valid request for exclusion.

10. As of **December 31, 2015**, Simpluris has not received any objections to the Settlement or to the requested attorneys' fees, costs and Class Representtives' service awards.

11. The total costs for the administration of this settlement, including fees incurred and future costs for completion of the settlement administration, is $12,000.00. This amount includes printing costs and postage for mailing the notice; performing address traces on undeliverable addresses; re-mailing the notice to any new addresses obtained; maintaining a toll-free telephone line and supporting the incoming telephone inquiries; communicating with class members; calculating settlement metrics; working with Settlement Class Counsel and defense counsel; calculating each Qualified Claimant's individual Settlement Share; printing, issuing, and mailing the settlement checks; and all other work necessary in connection with the complete administration of this Settlement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **January 4, 2016**, in Costa Mesa, California.

_____
Michael Bui

## TABLE OF EXHIBITS TO BUI SUPPLEMENTAL DECLARATION

| EXHIBIT | EXHIBIT NAME | PAGES |
|---------|--------------|-------|
| A | Envelope and Notice Packet mailed to Class Members, including Class Notice and Claim Form | 1-8 |
| B | *Loeza v JP Morgan Chase Bank* Final Weekly Report dated **December 31, 2015** | 9 |