# Exhibit B



12/31/2015
Case Manager Name: Michael Bui
Case Manager Email: MBui@simpluris.com
Case Manager Direct Line: (714) 824-8590 ext. 1110

## Loeza et al v. JP Morgan Chase Bank
*United States District Court Southern District of California*
Case No. 13-CV-0095-L-BGS

### Plaintiff Counsel

*Richard E Quintilone II / Quintilone & Associates*
*Peggy J. Reali / The Markham Law Firm*
*David R Markham / The Markham Law Firm*

### Defense Counsel

*John S Battenfeld / Morgan Lewis & Bockius LLP*
*John D Hayashi / Morgan Lewis & Bockius LLP*

### Case Milestones

| | |
|---|---|
| Preliminary Approval Hearing | August 18, 2015 |
| Notification Mailing | September 22, 2015 |
| Reminder Mailing | October 20, 2015 |
| Claim Deadline | November 06, 2015 |
| Opt Out Deadline | November 06, 2015 |
| Objection Deadline | November 06, 2015 |
| Final Approval Hearing | February 01, 2016 |
| Approximate Disbursement Date | March 04, 2016 |

### Response Summary                                                                 Total Class Members:   827

*"Total Responses Submitted" is based on responses processed as of date reflected on the report.*

| | Total | Rate | Deficient | Dispute | Late |
|---|---|---|---|---|---|
| **Claim Form** | 453 | 54.78% | | | |
| Valid | 435 | 52.60% | | | |
| Invalid | 0 | 0.00% | | | |
| Pending | 18 | 2.18% | | 1 | 17 |
| **Opt Out Form** | 0 | 0.00% | | | |
| Valid | 0 | 0.00% | | | |
| Invalid | 0 | 0.00% | | | |
| Pending | 0 | 0.00% | | | |

### Mailing Details

| MailingTitle | Mailed | Returned | Remailed | Undeliverable |
|---|---|---|---|---|
| Notice Packet | 827 | 52 | 72 | 15 |
| Reminder Mailing | 572 | 24 | 0 | 0 |

800-779-2104 / Fax - 714-824-8591
www.simpluris.com

Orange County
3176 Pullman Street, Suite 123, Costa Mesa, CA 92626

Orlando
1155 S. Semoran Blvd., Suite 3 - 1120, Winter Park, FL 32792