1 | Richard E. Quintilone II (SBN 200995)
  | *req@quintlaw.com*
2 | Alvin B. Lindsay (SBN 220236)
  | *abl@quintlaw.com*
3 | **QUINTILONE & ASSOCIATES**
  | 22974 El Toro Road, Suite 100
4 | Lake Forest, California 92630-4961
  | Tel.: (949) 458-9675
5 | Fax: (949) 458-9679

6 | David R. Markham (SBN 071814)
  | *dmarkham@markham-law.com*
7 | Peggy J. Reali (SBN 153102)
  | *preali@markham-law.com*
8 | Janine R. Menhennet (SBN 163501)
  | *jmenhennet@markham-law.com*
9 | Maggie Realin (SBN 263639)
  | *mrealin@markham-law.com*
10 | **THE MARKHAM LAW FIRM**
   | 750 B Street, Suite 1950
11 | San Diego, California 92101
   | Tel.: (619) 399-3995
12 | Fax: (619) 615-2067

13 | Attorneys for Plaintiffs and Class

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOEZA and ANGIE REVELES, individuals, on behalf of themselves and on behalf of all others similarly situated, | Case No.: 13-cv-00095-L-BGS |
| | CLASS ACTION |
| | Hon. M. James Lorenz |
| Plaintiffs, | Action Filed: December 11, 2012 |
| v. | **PROOF OF SERVICE** |
| JP MORGAN CHASE BANK NA, an unknown business entity, and DOES 1 through 100, inclusive, | Date: February 1, 2016 |
| | Courtroom: 5B |
| | Trial Date: None Set |
| Defendants. | |

---

*Loeza et al. v. JP Morgan Chase Bank,* Case No. 13-cv-95-L-BGS
Proof of Service of Documents for Motion for Final Approval of Class Action Settlement

I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to this action. My business address is 22974 El Toro Road, Suite 100, Lake Forest, California 92630-4961. On **January 4, 2016**, I served the document(s) described as:

**1.   NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

**2.   MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

**3.   DECLARATION OF RICHARD E. QUINTILONE, II IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

**4.   DECLARATION OF DAVID R. MARKHAM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

   **a.   EXHIBIT A TO MARKHAM DECLARATION**

**5.   SUPPLEMENTAL DECLARATION OF MICHAEL BUI REGARDING NOTICE AND SETTLEMENT ADMINISTRATION;**

   **a.   EXHIBIT A TO SUPPLEMENTAL BUI DECLARATION**

   **b.   EXHIBIT B TO SUPPLEMENTAL BUI DECLARATION**

by notice of Electronic Filing, which is a notice automatically generated by the CM/ECF system at the time the documents listed above were filed with this Court, to lead counsel listed by CM/ECF as "ATTORNEY TO BE NOTICED."

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct. Executed this **4th day of January, 2016** at Lake Forest, California.

1

*Loeza et al. v. JP Morgan Chase Bank,* Case No. 13-cv-95-L-BGS
Proof of Service of Documents for Motion for Final Approval of Class Action Settlement

| | |
|---|---|
| Dated: January 4, 2016 | **QUINTILONE & ASSOCIATES** |
| | By: <u>s/ Richard E. Quintilone, II</u><br>Attorneys for Plaintiffs<br>E-mail: req@quintlaw.com |