

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Loeza and Angie Reveles, an individual, on behalf of themselves, and behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>JP Morgan Chase Bank NA, an unknown business entity and Does 1 through 100, inclusive<br><br>**Defendant.** | Civil Action No.  13-cv-00095-L-BGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This Action is hereby dismissed with prejudice, each side to bear its own costs and fees (including attorneys' fees) except as provided by the Settlement Agreement, and Defendant shall not be required to pay any amounts other than as set forth in the Settlement Agreement and this Order, and in no event any amount above the Maximum Settlement Amount.

Date:     2/10/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  S. Tweedle

S. Tweedle, Deputy